

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00061-CV

Ravi **BOTLA**, M.D.,
Petitioner

v.

Salvador **DEL TORO** Jr.,
Respondent

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19135
Honorable Peter Sakai, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

Delivered and Filed:  March 11, 2015

PETITION FOR PERMISSIVE APPEAL DENIED; REMANDED

Petitioner Ravi Botla, M.D. was sued by Salvador Del Toro Jr. for alleged medical malpractice.  The trial court denied Dr. Botla's motion for summary judgment on limitations but granted permission to appeal its interlocutory order.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West 2014); TEX. R. APP. P. 28.3.  Dr. Botla petitioned this court for permission to appeal and moved this court to stay the underlying proceeding pending resolution of the petition.

Having considered the motion to stay, the petition, and the response, we conclude Dr. Botla's petition failed to meet the requirements for a permissive appeal.  *See* TEX. CIV. PRAC. &

REM. CODE ANN. § 51.014(d). We deny the petition and the motion to stay, and remand this cause to the trial court.

PER CURIAM